VICTOR VERVAEKE et al., Appellants, *v.* JAMES C. FARGO, as President of the AMERICAN EXPRESS COMPANY, Respondent.

*Vervaeke* v. *Fargo*, 142 App. Div. 928, affirmed.
(Argued January 16, 1913; decided February 4, 1913.)

APPEAL from a judgment entered January 30, 1911, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon the verdict directed in his favor by the trial court, in an action to recover for damage to horses while being transported by defendant and alleged to have been occasioned by its negligence.

*L. P. Hancock* for appellants.

*Evan Hollister* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, COLLIN and HOGAN, JJ. Not sitting: CHASE, J.